IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM CHESSON,
        Plaintiff,
  v.                                **Judgment in a Civil Case**
JERRY R. TILLETT,
        Defendant.                   Case Number: 5:11-CT-3247-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on December 27, 2011, with service on:
William Chesson  24008, Albemarle District Jail, 320 South Hughes Blvd., Elizabeth City, NC 27909 (via U.S. Mail)

December 27, 2011                                    /s/ Dennis P. Iavarone
                                                                       Clerk